**Electronically Filed
Supreme Court
SCWC-21-0000571
23-MAY-2025
12:10 PM
Dkt. 21 ODAC**

SCWC-21-0000571

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DUKE KAHANAMOKU PAOA; CHRISTIAN K.L. CHING, JR.; BRYAN JEREMIAH;
MARK K. KAHAPEA; ROBERT E. LUECKE; MICHAEL AH WUEN LOW;
JOHN DOE 1; and JOHN DOE 2,
Respondents/Plaintiffs-Appellees,

vs.

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d.b.a.
KAMEHAMEHA SCHOOLS; ELLIOT KAWAIHOʻOLANA MILLS, in his capacity
as Trustee of the Estate of Bernice Pauahi Bishop d.b.a.
Kamehameha Schools; CRYSTAL KAUILANI ROSE, in her capacity as
Trustee of the Estate of Bernice Pauahi Bishop d.b.a.
Kamehameha Schools; JENNIFER NOELANI GOODYEAR-KAʻŌPUA, in her
capacity as Trustee of the Estate of Bernice Pauahi Bishop
d.b.a. Kamehameha Schools; ROBERT K.W.H. NOBRIGA, in his
capacity as Trustee of the Estate of Bernice Pauahi Bishop
d.b.a. Kamehameha Schools; and MICHELLE KAʻUHANE, in her capacity
as Trustee of the Estate of Bernice Pauahi Bishop d.b.a.
Kamehameha Schools,[1]
Petitioners/Defendants-Appellants.

---

[1] Pursuant to Hawaiʻi Rules of Evidence Rule 201 and Hawaiʻi Rules of Appellate Procedure Rule 43(c)(1), we take judicial notice that Jennifer Noelani Goodyear-Kaʻōpua and Michelle Kaʻuhane are current Trustees of the Estate of Bernice Pauahi Bishop and are automatically substituted as Petitioners/Defendants-Appellants in place of Micah Alika Kāne and Lance Keawe Wilhelm.

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d.b.a.
KAMEHAMEHA SCHOOLS,
Petitioners/Third-Party Plaintiffs-Appellants,

vs.

THE ESTATE OF ROBERT McCORMICK BROWNE, Deceased;
ST. FRANCIS MEDICAL CENTER f.k.a. ST. FRANCIS HOSPITAL; and
ST. FRANCIS HEALTHCARE SYSTEM OF HAWAIʻI,
Respondents/Third-Party Defendants-Appellees.

---

ST. FRANCIS MEDICAL CENTER f.k.a. ST. FRANCIS HOSPITAL,
Cross-Claimant/Counterclaimant-Appellee,

vs.

THE ESTATE OF ROBERT McCORMICK BROWNE, Deceased,
Cross-Claim Defendant-Appellee,

and

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d.b.a.
KAMEHAMEHA SCHOOLS,
Counterclaim-Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000571; CASE NO. 1CCV-20-0000617)


ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ., Circuit Judge
Kawano, in place of Ginoza, J. recused, and Circuit Judge Medeiros,
in place of Devens, J. recused)

Petitioners Trustees of the Estate of Bernice Pauahi

Bishop dba Kamehameha Schools' Application for Writ of Certiorari,

filed on March 27, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, May 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Kelsey T. Kawano

/s/ Dyan M. Medeiros